IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MICHAEL JAMES WALKER,

    Petitioner/Plaintiff,          No. CIV S-10-0053 WBS EFB P

    vs.

ARNOLD SCHWARZENEGGER, et al.,

    Respondents/Defendants.    <u>ORDER</u>

_____/

      Petitioner is a state prisoner proceeding without counsel and in forma pauperis in an action brought under 42 U.S.C. § 1983.  This proceeding was referred to this court by Local Rule 302 pursuant to 28 U.S.C. § 636(b)(1).  Pursuant to 28 U.S.C. § 1915(b)(1), petitioner must pay the $350 filing fee required by 28 U.S.C. § 1914(a).  Petitioner has been assessed an initial payment of $12.16.  Thereafter, petitioner must make monthly payments of 20 percent of the preceding month's income credited to his trust account.  28 U.S.C. § 1915(b)(2).  The agency having custody of petitioner is required to forward payments from petitioner's account to the Clerk of the Court each time the amount in the account exceeds $10 until the filing fee is paid.

////

////

////

1  The Clerk of the Court shall serve a copy of this order and a copy of petitioner's in forma
2 pauperis application upon the Director of the California Department of Corrections and
3 Rehabilitation and deliver a copy of this order to the Clerk's financial division.
4   So ordered.
5 Dated: June 29, 2010.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE